44 F.3d 834w
 Victoria FECHTER; Thor Fechter; Tordis Fechter; Harry R.
Fechter, Plaintiffs-Appellants,
v.
Jana SHIROKY, Defendant,
and
Diane S. Goebel; Bonnie Supin; Marcie Cherek; Dawn Hardy;
State of Nevada; Dan Bixler; Fred Fisher;
David Dunn; Cheryl Levin; Laurel
Swetnam; Jerry Carlin, et
al., Defendants-Appellees.
 No. 94-16047.
 United States Court of Appeals, Ninth Circuit.
 Submitted Dec. 19, 1994.*
 Decided Jan. 13, 1995.
 NOTE: THE COURT HAS WITHDRAWN THIS OPINION